U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

JUL 26 2012

TONY R. M[OORE], CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| LEON POSADA | CIVIL ACTION NO. 12-338-P |
| VERSUS | JUDGE STAGG |
| FORD STINSON, JR., ET AL. | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including written objections filed by Plaintiff, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights claims against Ford Stinson, Jr. BE **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. § 1915(e). **IT IS FURTHER ORDERED** that Plaintiff's civil rights claims against the State of Louisiana be **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction. **IT IS FURTHER ORDERED** that the claims against Bossier Parish should be **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim for which relief may be granted pursuant to § 1915(e), § 1915A, and § 1997e.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, on this the 25th day of July 2012.

TOM STAGG
UNITED STATES DISTRICT JUDGE